BEFORE THE FIRST DIVISION, OCTOBER 25, 1956

**No. 60297.**—Artamount, Inc. *v.* United States, protest 261078–K (New York).

◼️

Opinion by OLIVER, C. J. The uncontradicted testimony established that the articles in question are folding combs, designed to be carried in women's handbags, and that they are exclusively used for combing hair and never as hair ornaments. The parties conceded that the combs are composed in chief value of metal and are valued above 20 cents per dozen pieces. On the record presented, the claim of the plaintiff was sustained.